A. M. ANDREWS INVESTMENT CORPORATION, Respondent, *v.* TRANS-LUX DAYLIGHT PICTURE SCREEN CORPORATION, Appellant.

Argued January 24, 1938; decided March 8, 1938.

*Leavitt J. Hunt* for appellant.

*Stanley Osserman* and *Theodore F. Tonkonogy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.